IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Sheraton Jerome Smith )
Full name and prison number )
of plaintiff(s) 211796 )
)
v. ) CIVIL ACTION NO. 2:07CV89-ID
) (To be supplied by Clerk of
Sgt. Hulett ) U.S. District Court)
Deputy Warden Davenport )
_____ )
_____ )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

RECEIVED 2007 JAN 31 A 9:43
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST.

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES (  )  NO (  )

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES (  )  NO (  )

    C.  If your answer to A or B is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if state court, name the county) _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Holman Correction Facility Atmore, Ala. 36503

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Easterling Correction Facility Clio, Ala. 36017

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                              ADDRESS                1st Shift
1. Sgt. Hulett                Easterling Corr. Facility (Segregation)
2. Deputy Warden Davenport    Easterling Corr. Facility
3. _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED August 2, 2006

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Alabama Department of Correction Sgt) Forgery

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

9:30 AM Segregation Board. Attending progress review. Sgt. Hulett and Deputy Warden Davenport.) Warden Gwenz Mosley and Classification Progress Review.

GROUND TWO: Alabama Department of Correction Sgt. Hulett) Forgery Defraud Falsely Makes)

SUPPORTING FACTS: Time; Segregation 5A/cell #11 I statemented in my progress review; That if another inmate act out of their character with me in these cells with me that i was gonna have to stick and kill them. Sgt. Hulett Statement disipinary I threating to stick and kill someone to get out of Segregation.

GROUND THREE: (ADOC) Deputy Warden) Forgery Defraud Alters a written instrument purports to be.

SUPPORTING FACTS: Time; Segregation Board Hearing. I was forced these threats on me and closed me out of population with an forgery disipinary. Rule Lit; Threat's to get out of Segregation and back to population. Sgt. Hulett and Deputy Warden Davenport. (Warden Gwenz Mosley) (Classification Mrs. Greene) Progress Review

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like the court to make me an civil suit and be relief from prison. P.C. Holman Correction Facility Atmore Ala. 36503

*Sheraton Jerome Smith*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on January 29, 2007.
(Date)

*S. J. Smith*
Signature of plaintiff(s)

4

