AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of _____

Plaintiff

V.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

RECEIVED
2007 JAN 31 A 10: 28
[HACKETT, CLK]
DISTRICT COURT
MIDDLE DISTRICT ALA

CASE NUMBER: 2:07CV89-ID

I, Sheraton Jerome Smith declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No," go to Part 2)
   If "Yes," state the place of your incarceration  Holman Correction Facility
   Are you employed at the institution? No   Do you receive any payment from the institution? No
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☑ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. It's been 6 years or more Since i had a wages job, I think it was youngs Plant farm. Opalika Ala. Wages $0.00 £ I don't remember.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☑ No
   b. Rent payments, interest or dividends   ☐ Yes   ☑ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☑ No
   d. Disability or workers compensation payments   ☐ Yes   ☑ No
   e. Gifts or inheritances   ☑ Yes   ☐ No
   f. Any other sources   ☑ Yes   ☐ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each

AO 240 Reverse (Rev. 10/03)

1. Source: Gifts Birthday and Holidays) Amount: 10, 25 to 50 $
   Family and Friends                    Continue: The Same Amount
2. Source: Visit Funds to eat) Amount: 10, 25 to 50 $
   Every month or two                    Continue: The Same Amount

4. Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☐ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☑ Yes    ☐ No

   If "Yes," describe the property and state its value. 1978 4 door Cadilac FleetWood Value. 1,200 to 1,500 Runs Good. Silver Rope chain and Charm Silver link chain and Charm Black Holy Bible CD's and CD player Clothing and Shoes Time watch's and Jordan Colone inside my automobile 1,200 in cash Value of property $400 to $500 or more Tuskegee Police Department

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. Daughter Name Dashuniquewa A. Smith Contribute Support. $ What i can; When i can, I don't have a job; So i do tha best that i can do to be Successful as a father can be.

I declare under penalty of perjury that the above information is true and correct.

January 29, 2007                    Sheraton Jerome Smith
_____                     _____
Date                                Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

M/D-6

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED
2007 JAN 31 A 9: 43

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Sheraton Jerome Smith )
Warden Gwenz Mosley )
_____ )
_____ )
    Plaintiff(s)      )
                      )
        v.            )
                      )
Sgt. Hulett           )
Deputy Warden Davenport )
_____ )
_____ )
    Defendant(s)     )

**MOTION TO PROCEED *IN FORMA PAUPERIS***

Plaintiff(s) __Sheraton Jerome Smith__ moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

_S. J. Smith_
Plaintiff(s) signature

Request                                        1-29-07

To: Clerk                        Sheraton Smith
Debra P. Hackett                 AIS# 211796  14/05

Hello? I mr. Sheraton Smith would like to notify you that i considered for $10.00 ten dollars to be forward to you from my account on Case # 2:2006-CV-1102-WHW ~~Tew officer~~ ~~2:2006-CV-1136-MEF~~. I also need you to notify Judge Charles S. Coody that my account is inaccurate and that i need additional time to recapture my account balance to pay on the other cases. Thank you for your attention! "LowkEy"

State of Alabama
Department of Corrections
Holman Corr. Facility

AIS#: 211796  Name: Sheraton Jerome Smith

As of: 01/03/2007

| Month | # of Days | AVG Daily Balance | Monthly Deposits |
|---|---|---|---|
| Jan | 03 | $63.98 | $0.00 |
| Jan | 09 | $46.04 | $0.00 |
| Jan | 09 | $46.04 | $0.00 |
| Jan | 10 | $25.65 Current Balance | $0.00 |
| Jan | 11 | $25.65 | $15.00 |
| Jan | 11 | $25.65 | $25.00 |
| Jan | 15 | $40.00 | $10.00 |
| Jan | 15 | $50.00 | $50.50 Current Balance 1-29-07 |

State of Alabama
Department of Corrections
Easterling Corr Facility

AIS #: 211796   Name: Sheraton Jerome Smith

As of: 06/28/2006

| Month | # of Days | AVG Daily Balance | Monthly Deposits |
|-------|-----------|-------------------|------------------|
| Jan   | 31        | $3.10             | $0.00            |
| Feb   | 28        | $10.31            | $56.00           |
| Mar   | 31        | $42.84            | $90.00           |
| Apr   | 30        | $68.00            | $0.00            |
| May   | 31        | $2.28             | $0.00            |
| Jun   | 28        | $1.78             | $30.00           |
| Jul.  | 06        | $0.12             | $20.00           |
| Jul   | 06        | $20.12            | $35.00           |
| Sep   | 07        | $53.98            | $10.00           |

$63.98 current Balance