IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| SHERATON JEROME SMITH, #211 796 | * |
| Plaintiff, | * |
| v. | *        2:07-CV-89-ID |
| SGT. HULLET, *et al.*, | * |
| Defendants. | * |

_____

**O R D E R**

Plaintiff, an inmate incarcerated at the Holman Correctional Facility in Atmore, Alabama, filed this 42 U.S.C. § 1983 action on January 31, 2007. Plaintiff submitted a motion for leave to proceed *in forma pauperis*. Upon review of the motion, the court finds that Plaintiff has not submitted the appropriate information regarding his inmate account.

Pursuant to the fee provisions of 28 U.S.C. § 1915(b)(1), the court requires Plaintiff to submit a prison account statement *from the account clerk* at the Holman and/or Easterling Correctional Facility showing the average monthly balance in his prison account for the six months period immediately preceding the filing of this complaint and the average monthly deposits to his account during the past six months. Plaintiff, therefore, shall be granted additional time to provide the court with current information regarding his inmate account so the court may determine whether he should be allowed to proceed *in forma pauperis* in this cause of action.

Accordingly, it is ORDERED that:

1. On or before February 21, 2007 Plaintiff shall submit an inmate account statement from an authorized account clerk from the Holman Correctional Facility and/or the Easterling Correctional Facility reflecting the average monthly balance in his prison account and the average monthly deposits to his account for the 6-month period *immediately* preceding the filing of the instant complaint. Plaintiff is cautioned that his failure to comply with this Order will result in a Recommendation by the undersigned that this case be dismissed; and

2. The Clerk of Court SEND a copy of this order to the account clerks at the Holman Correctional Facility and the Easterling Correctional Facility.

Done, this 1st day of February 2007.

　　　　　　　　　　　　　　　　/s/ Terry F. Moorer
　　　　　　　　　　　　　　　TERRY F. MOORER
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE