```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                  EASTERLING CORR FACILITY

AIS #: 211796      NAME: SMITH, SHERATON JEROME           AS OF: 12/31/2006

                # OF        AVG DAILY           MONTHLY
     MONTH      DAYS        BALANCE             DEPOSITS
    -----------------------------------------------------------

     JAN        31          $3.10               $0.00
     FEB        28          $10.31              $50.00
     MAR        31          $42.84              $90.56
     APR        30          $68.00              $0.00
     MAY        31          $2.28               $0.00
     JUN        30          $1.67               $30.00
     JUL        31          $45.32              $55.00
     AUG        31          $53.98              $0.00
     SEP        30          $61.98              $10.00
     OCT        31          $63.98              $0.00
     NOV        30          $63.98              $0.00
     DEC        31          $55.72              $0.00
```

Dec    27    $63.98    $63.98 Current Balance

Sheraton Smith

SCANNED

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
HOLMAN CORRECTIONAL FACILITY

AIS #: 211796        NAME: SMITH, SHERATON JEROME        AS OF: 02/06/2007

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| FEB | 22 | $0.00 | $0.00 |
| MAR | 31 | $0.00 | $0.00 |
| APR | 30 | $0.00 | $0.00 |
| MAY | 31 | $0.00 | $0.00 |
| JUN | 30 | $0.00 | $0.00 |
| JUL | 31 | $0.00 | $0.00 |
| AUG | 31 | $0.00 | $0.00 |
| SEP | 30 | $0.00 | $0.00 |
| OCT | 31 | $0.00 | $0.00 |
| NOV | 30 | $0.00 | $0.00 |
| DEC | 31 | $0.00 | $0.00 |
| JAN | 31 | $33.59 | $113.98 |
| FEB | 6 | $33.07 | $0.00 |
| Jan | 4 | $63.98 | $63.98 current Balance |
| Jan | 10 | $46.04 | $0.00  Sheraton Smith |
| Jan | 18 | $35.65 | $0.00 |
| Jan | 18 | $6.51 Current Balance | $0.00 |
| Jan | 23 | $6.51 | $25.00 |
| Jan | 23 | $31.51 | $10.00 |
| Jan | 23 | $41.51 | $15.00 |
| Jan | 23 | $51.51 | $0.00 |
| Feb | 1 | $42.29 Current Balance | $0.00  Sheraton Smith |

Sheraton Smith
AIS #211796 14/U5
Holman Corr. Facility 3700
Atmore, Ala. 36503

MOBILE AL 365
07 FEB 2007 PM 1 T

To: Clerk
P.O. Box 711
Montgomery, Ala. 36101

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.