STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
HOLMAN CORRECTIONAL FACILITY
INMATE WITHDRAWAL

FEB. 15, 2007

TRANSACTION#: 2007001346

AIS NUMBER: 211796   SMITH, SHERATON JERO   BED: M01030A

CHECK NUMBER: 22387   REASON: INMATE REQUEST

$40.04   PREVIOUS BALANCE
$40.00   LESS WITHDRAWAL   PAID TO: D HACKETT/US DST CT MIDDL
$0.04    CURRENT BALANCE

RECEIVED
2007 FEB 28  A 9:25
P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Please Return WithDraw.

Request

To: Clerk
Debra P. Hackett

2-27-07
AIS#211796
Shearton Smith
M-30

Hello? I'm mr. Shearton Smith. I would like to notify you too notify the judge that i'm not able to keep pay'N for these court fees. Listen? I'm in prison, I'm not at a work release, the money that i get be for me to eat and get myself shoes and personal hygenes to keep myself clean. Ms. Hackett! Listen? I need for you to notify the judge when i get some more money i'm gonna send $10.00 ten dollar for tha last case with Hulett case# 2:07-CV-89-ID. Thanks for your attention! "Low key"



To: Clerk
P.O. Box 711
Montgomery, Ala. 36101

U.S.C.M
Legal Mail

Sheraton Smith
AIS# 211796  M-36
Holman Corr. Facility
Holman 3700
Atmore, Ala. 36503

36101+0711