IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

SHERATON JEROME SMITH,     *
#211 796
     Plaintiff,                      *

v.                                *       2:07-CV-89-ID

SGT. HULLET, *et al.*,           *

     Defendants.             *

_____

**O R D E R**

For good cause, it is

ORDERED that the court's order entered February 12, 2007 (Doc. No. 5) be and is hereby VACATED.

The Clerk is DIRECTED to send a copy of this order and a copy of Document Number 5 to the account clerk at the Holman Correctional Facility.

Done, this 7th day of May 2007.

                                        /s/ Terry F. Moorer
                                        TERRY F. MOORER
                                        UNITED STATES MAGISTRATE JUDGE