<u>Plaintiff</u>                                    ) Case #:
Sheraton Jerome Smith             ) 2:07-cv-
                                              ) 00089-ID-
V.                                           ) TFM
<u>Defendant</u>                                )
Sgt. Hulett                                   )
<u>Defendant</u>                                )
Deputy Warden Davenport )
                                              )



05/30/2007 ª REPORT AND RECOMM
ENDATIONS,·, ORDER DISMISS
ING CASE without prejudice for
failure of plaintiff to pay the full
filing fee upon the initiation of this
case.) 06/11/2007 Plaintiff CRIME
VICTIMS FUNDS,·, REPORT AND
RECOMMENDATIONS,·, I PLAINTIFF
would like to require to enter my
settlement of 500,000 into the

court of civil docket for case #2:07-CV-00089-ID-TFM and a withdraw from my Settlement of $350 for filing Fee's.

Done This June 11th, 2007.

represented by Sheraton J. Smith
AIS 211796
Holman Corr. Facility
Holman 3700
Atmore, Al. 36503-3700
US
PRO SE

SHERATON SMITH AIS 211796 M-36A
Holman Corr. Facility
Holman 3700
Atmore, AL. 36503

**LEGAL MAIL ONLY**

Judge IRA DE MENT
United State District Court
P.O. Box 711
Montgomery, AL. 36101-0711