IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHERATON JEROME SMITH, #211 796, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.     ) | CIVIL ACTION NO.  2:07cv89-ID |
| ) | (WO) |
| SGT. HULLET, *et al.*,  ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Having carefully CONSIDERED Plaintiff's pleading filed June 14, 2007 (Doc. No. 10), which the court construes as a motion for reconsideration of the court's May 30, 2007 Order (Doc. No. 9), it is ORDERED that said motion be and the same is hereby DENIED.[1]

DONE this 21st day of June, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The court notes that, if Plaintiff currently has funds available to pay the requisite $350.00 filing fee required to initiate a civil complaint, he may re-file the above-captioned action with such funds.